**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-1911**

———————————

In re: RICHARD L. GATHERCOLE,

      Petitioner.

———————————

On Petition for Writ of Mandamus. (3:22-cv-00384-MHL-MRC)

———————————

Submitted:  October 5, 2022                    Decided:  October 19, 2022

———————————

Before KING and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Richard L. Gathercole, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard L. Gathercole petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition and motion for bail. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed the § 2241 petition and denied the motion for bail. Accordingly, because the district court has recently decided Gathercole's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2